## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAWN CORBIER**, *as Administrator of the Estate of Joshua B. Jurcich*,<br><br>**Plaintiff,**<br><br>vs.<br><br>**ST. CLAIR CO. SHERIFF RICHARD WATSON, MAJOR PHILLIP MCLAURIN, ST. CLAIR COUNTY, OFFICER STEVEN J. FRIEDRICH, OFFICER JAMES D. WAGENER, SERGEANT DAVID NICHOLS, OFFICER MARK J. HARRIS, OFFICER DANTE S. BEATTIE, OFFICER THOMAS MESEY, OFFICER ERIC L. WALTER, LIEUTENANT NANCY SUTHERLIN, OFFICER PATRICK FULTON, and OFFICER JON KNYFF,**<br><br>**Defendants.** | **Case No. 16-CV-257-SMY-RJD** |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that by Order entered on March 7, 2018 (Doc. 253), Defendant Wexford Health Sources, Inc. was **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that by Joint Stipulation filed on March 7, 2018 (Doc. 254), Plaintiff's claims against Defendants Nurse Sandra Thurman, Nurse Jana Reuter, and Doctor Muddasani Reddy are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that by the Offer and Acceptance of Judgment filed on February 25, 2019 pursuant to Federal Rule of Civil Procedure 68(a) (Doc. 288), **JUDGMENT** is entered in favor of Plaintiff and against Defendants St. Clair County Sheriff Richard Watson, Major Phillip McLaurin, St. Clair County, Officer Steve J. Friedrich, Officer James D. Wagener, Sergeant David Nichols, Officer Mark J. Harris, Officer Dante S. Beattie, Officer Thomas

Mesey, Officer Eric L. Walter, Lieutenant Nancy Sutherlin, Officer Patrick Fulton, and Officer Jon Knyff, in the amount of $850,000 inclusive of all attorneys' fees and costs.  Accordingly, the Clerk of Court is **DIRECTED** to close this case.


**DATED:** February 26, 2019        **MARGARET M. ROBERTIE,**
                                                             **Clerk of Court**

                                                             **By: s/ Stacie Hurst, Deputy Clerk**


**Approved:** s/ Staci M. Yandle
                **STACI M. YANDLE**
                **DISTRICT JUDGE**